[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13671
_____

D.C. Docket No. 8:12-cr-00343-VMC-AEP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN D. STANTON, III,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 22, 2014)

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

After a jury trial, John Stanton, III appeals his convictions and sentences for

obstructing the administration of the internal revenue laws (Count One), 26 U.S.C.

§ 7212(a) and 18 U.S.C. § 2; failing to timely file a corporate income tax return for Denouement Strategies, Inc. (Counts Two and Three) and for Florida Engineered Construction Products Corporation (Counts Four, Five, and Six), 26 U.S.C. § 7203; and failing to timely file an individual income tax return (Counts Seven and Eight), id.

On appeal, Stanton raises the following issues: (1) whether sufficient evidence supported his conviction on Count One for corruptly endeavoring to impede or obstruct the administration of the internal revenue laws; (2) whether he was unconstitutionally convicted under § 7212(a) based on lawful conduct, or, alternatively, whether that statutory provision is unconstitutionally vague and overbroad; (3) whether sufficient evidence supported his convictions on Counts Four through Six for failing to file corporate tax returns; (4) whether cumulative error deprived him of a fair trial; and (5) whether the district court imposed a procedurally and substantively reasonable sentence.

After review and oral argument, we conclude that all of the issues in this appeal lack merit, and thus affirm Stanton's convictions and sentences.

**AFFIRMED.**